tioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David W. Halpin* and *George J. Roth,* Deputy Attorneys General, for respondent.

No. 538, Misc. SALDANA *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist.

No. 678, Misc. ROSS *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondent.

No. 850, Misc. BAZAURE *v.* CALIFORNIA. Dist. Ct. App. Cal., 3d App. Dist. *Solie A. Abrams* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, *Edsel W. Haws,* Deputy Attorney General, for respondent.

No. 861, Misc. MOLINA *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 1002, Misc. KING ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Petitioners *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *David S. Sperber,* Deputy Attorney General, for respondent.

No. 1053, Misc. DUBONT *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Rose-Marie Gruenwald,* Deputy Attorney General, for respondent.

No. 1091, Misc. NYE *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney Gen-